# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Brian Orlando Williams
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:20-cv-00266-H
_____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brian Orlando Williams
All other names by which you have been known:
ID Number: 121216
Current Institution: Taylor County Jail
Address: 910 South 27th St
Abilene, TX 79602
*City    State    Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Glody
Job or Title *(if known)*: Sergent
Shield Number:
Employer: Taylor County Jail
Address: 910 South 27th St
Abilene, TX 79602
*City    State    Zip Code*
☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**
Name: Brown
Job or Title *(if known)*: Officer
Shield Number:
Employer: Taylor County Jail
Address: 910 South 27th St
Abilene, TX 79602
*City    State    Zip Code*
☐ Individual capacity   ☒ Official capacity

Defendant No. 3
Name: Moss
Job or Title (if known): Officer
Shield Number:
Employer: Taylor County Jail
Address: 910 South 27th st
Abilene, TX 79602
City, State, Zip Code

☐ Individual capacity ☒ Official capacity

Defendant No. 4
Name: Cpl Brannon
Job or Title (if known): Corpel
Shield Number:
Employer: Taylor County Jail
Address: 910 South 27th St
Abilene, TX 79602
City, State, Zip Code

☐ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment - Tort claims Act

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant Assulted me an Violated forth Amendment

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☒ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Taylor County Jail, Abilene Tx  9-28-2020

C. What date and approximate time did the events giving rise to your claim(s) occur?

9-28-2020  12:15 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was assulted by Jailer, Sgt. Glady, Cpl. Brannon, Ofc Brown, Ofc. Moss

All the aboved defendants Assulted violated 4th amendment rights

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Ribs Brused, neck, Back and Thighs, legg Brused Physical pain an sufering, Mental Pain an suffering Mental anguish in Past an future, I was refused medical treatment for 2 days. I was put on pain medication. I was refused E/R

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seek damages against Defendants in the amount within the Jurisdictional limits of the Court over 100,000.00 $

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Taylor County Jail, 910 south 27th st, Abilene Tx 79602

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

I was Assulted, Medical Mal practes 4th Amendment violated

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   At Taylor County Jail

2. What did you claim in your grievance?

   I was Assluted an medical Mal-practise

   4th Amendment Violated

3. What was the result, if any?

   I exhausted all steps of the Taylor County grievance

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Grievance process completed

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Disability Right of Texas - Noe Montanez was notified. An they are investiogteing. They have all vidios recording. Copies of all Grievance and medical reports # 713-974-7691, An Texas Jail Project was notified #832-447-1731

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/22/20

Signature of Plaintiff: *Brian Orlando Williams*
Printed Name of Plaintiff: Brian Orlando Williams
Prison Identification #: 12216
Prison Address: 910 South 27th St
Abilene, TX 79602
City / State / Zip Code

*Katherine Wood 11/22/20*

KATHERINE WOOD
Notary Public, State of Texas
NOTARY ID # 13101146-6
My Commission Exp 02-20-21

B. **For Attorneys**

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 
City / State / Zip Code

Telephone Number: 
E-mail Address:

Brian Orlando Williams  Case No.

V.S

Taylor County

To The Honorable Judge of said court comes now Brian Orlando Williams Plaintiff complaining of Taylor County Jail an Officer's, SGT Glody Cpl Brannon, Officer Brown, Officer Moss and for good cause would show as follows:

## I
### Discovery Control Plan

Plaintiff respectfully request that the Court order that discovery be conducted with a discovery control plan tailored for the needs of this case pursuant to Federal Rule of Civil Procedure 4 FRCP 4(c)(2) on to Discovery level 3 under the Texas Rules of Civil Procedure expedited process, Plaintiff Brian Orlando Williams seeks damages against Defendant in the amount within the Jurisdictional limits of the Court over 100,000.00

## II
### Parties and Service

Plaintiff Brian Orlando Williams (sometimes here in referred to as Plaintiff Williams) Is an individual residing in Abilene Texas.

Defendants Taylor County Jail - Ricky Bishop, on Officers, SGT Glody, Cpl Brannon, Officer Brown and OFC Moss are individuals residing in

12

2

in Abilene Texas. 910 south 27 street 79602. They may also be served wherever service may be accomplished.

### III
### Jurisdiction and Venue

The subject matter in controversy is within the jurisdictional limits of the United States District Courts Northern District of Texas. Abilene Division One. 341 Pine Street, Room 2008 Abilene, Texas 79601-5928. Venue is proper in Taylor County, Texas under §15.002(a)(1) of Texas Civil Practice and Remedies Code because a substantial part of the events giving rise to the claim occurred in Taylor County, Abilene T.X

### IV.
### Factual Allegations

On or about 9-27-2020 Plaintiff Williams was an Inmate at Taylor County Jail. Abilene 910 south 27th st ~~Plaintiff Williams~~ Williams ~~was~~ 4 amendment Plantiff is under imminent dager of serious physical injury." 28 U.S.C §1915(g) Violated Plantiff constitutional rights. The enforcement of a county policy or custom was the moveing force behind the violation of Williams Constitutional right. The county ratified the

All on video - Medical Record - Grievance Records
(1) Case two) Off Mors Witness 3rd shift

On 9-27-2020 I was told that I was being moved to a different cell in Taylor County Jail 910 south 27 st Abilean Tx. So I turned around in my cell an was handcuffed behind me back through the door. As officers walked me down the hallway they had this thing they call The Wrap a full body straight jacket they Hog Tie you in. I said whats going on the through me down on floor an started beating me with there knee's, feet, hands an chokeing me from behind as I lay there handcuff behind my back. Then Cpl Brannon punch me in my ribs. Then I was taken out side on the rec field an Sgt Glody punch me 10-20 time in my left arm an shoulder I had heart attack an seizeres blood Pressure 204/131, Cruel an unusel punishment, Obsessive use of force, Police Brutality, I yelled out Black lives matter they said shut up Nigger Boy an beat me more They call there self the Good ole Boys They told me to go back

14

② to N.Y.C im from south Carolina not N.Y.C.. Medical refuse to see me an treat me for 3 days until my swelling went down some. 9-27-20 to 9-30-2020 nurse Jen said I was full of shit I told her to watch vidio survalnce of the beating they gave me she did then she apologized an had a wheel chair sent to my cell to have an officer push me to medical to see nurse praticner/facility Doctor they put me on lots of pain medication. Ofc Moss 3rd shift is a witness to how they beat me. He said he will testify on my behalf. Medical Mal-Pratice they lock me in cell 3 days peeing on myself in pain not being able to walk. Please get vidio records 9-27-20 to 10-1-2020. Please get Medical records an Grievance records. Sgt Henry said he not going against his officer. I appelled an Cpt Trawick said he concer. An nurse Jen is he fiance an he dont want no problems at home.     Barry G. Wurth
15

A) Injured Williams through the use of excessive force the deputies conduct. D)

B) The deputies are not entitled to qualified immunity.

E) The County is liable for the additional reasons that it failed to train and supervise the deputies & was the moving force behind the violation of Williams constitutional rights 4th Amendment the right to be free from excessive force, which include tightening handcuffs until they left deep furrows in Plantiff Williams wrists, hogtying in the wrap and pulling his head and neck backwards while applying 140 pounds of compressive force. No reasonble CO would believe that the use of force was constitutional. No resonble officer would believe that the constition permits a CO to use pain compliance measures to stop someone who is mentally ill from flinching in responce to be punch knee'd head pull back handcuffed

Back 17

16

C/O caused asphyxiation by restraining detainee while hogtied handcuff behind his back C/O was were aware that they were employing deadly force agaist plaintiff who not only was compaliant but who also was already restrained so as to present no threat. Taylor county be held liable for constitutional torts caused either by (1) an ordinance, regulations, policy or decision promulgated and officiall adopted by the countrys officers, or (2) its unofficial customs and policies, (C) county ratifred the deputies conduct. We find the ratification isce dispositive we address that point

18

Brian Orlando Williams
916 South 27th Street
Abilene, TX 79602



District Court Clerk
341 Pine St # 2008
Abilene Texas 79601





RECEIVED
DEC 2 - 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



TAYLOR COUNTY